**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-MJ-158 |
| v. : | |
| : | |
| CHRISTOPHER W. ORTIZ, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING**
**AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the preliminary hearing scheduled for February 26, 2021, to April 21, 2021, and to exclude time under the Speedy Trial Act. Government counsel has conferred with defense counsel Dani Jahn, who joins in this request. The parties submit that good cause exists to continue the preliminary hearing.

On January 22, 2021, the defendant was charged in a two-count criminal complaint with knowingly entering or remaining in any restricted Capitol building or grounds without lawful authority in violation of 18 U.S.C. § 1752(a), and violent entry and disorderly conduct on Capitol grounds in violation of 40 U.S.C. § 5104(e)(2). Five days later, the defendant was arrested in New York, where he appeared for his initial appearance. He appeared before this Court for the first time on February 5, 2021. The Court scheduled a preliminary hearing for February 26, 2021, and excluded time under the Speedy Trial Act.

The parties request that the preliminary hearing be continued until April 21, 2021, and that time be excluded under the Speedy Trial Act. The Speedy Trial Act requires that the government file an information or indictment against a defendant within 30 days of arrest. 18 U.S.C. § 3161(b). However, the Act excludes any period of delay when a judge grants a continuance and finds that

"the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Here, the exclusion of time through April 21, 2021, best serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial and indictment because the additional time will allow the defense to review discovery and the government to provide additional discovery.

WHEREFORE, the parties respectfully request that the Court continue the preliminary hearing until April 21, 2021, and exclude time through and including April 21, 2021, for purposes of any computation under the Speedy Trial Act.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By:   /s/ *Kondi J. Kleinman*
KONDI J. KLEINMAN
California Bar No. 241277
Assistant United States Attorney
Fraud Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6887
Kondi.Kleinman2@usdoj.gov